03-11-15

01-02-00321-CR

Dear Clerk,

Can you please send me the cost to purchase the following testimony from Cause No. 870048 (Harris County trial court) Styled The State of Texas v. DeCarlos Montray Garrett. :

Guilt / Innocence Phase:

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 17 2015

CHRISTOPHER A. PRINE
CLERK

1) Faye Eason
2) Robert Sherrouse (both times)
3) James (Jim) Bolding
4) DeCarlos Garrett
5) Closing Arguments (Charles Brown, Denise Nasser, Di Glaser)
6) Any pre or post trial hearing. "AND" Voir Dire (Jury selections)

Punishment Phase:

1) Faye Eason
2) Robert Sherrouse
3) DeCarlos Garrett
4) Closing Arguments (Charles Brown, Denise Nasser, Di Glaser
5) Any post trial hearings, including sentencing

I will be able to purchase these records immediately from my Inmate Trust Fund Acct. All I Need is the cost.

Thanks For your Help...

DeCarlos Garrett #1097070
Michael Unit
26664 FM 2054
Tennessee Colony, Tx, 75886

NORTH TEXAS TX PSMDC
DALLAS TX 75D
13 MAR 2015 PM 5 L

DeCarlos Garrett #1097076
Michael Unit
2664 Fm 2054
Tennessee Colony , Tx. 75886

First Court of Appeals
301 Fannin Street
Houston , Tx. 77002-2066

RECEIVED OF APPEALS
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 17 2015

CHRISTOPHER A. PRINE
CLERK

( Legal Mail )

7700220669